**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 25-3071-JFW(PDx)** | Date:  July 22, 2025 |

Title:     Ana Laura Chaves De Faria Moreira -v- Alejandro N. Mayorkas, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DENYING DEFENDANTS' MOTION TO DISMISS [filed 6/17/25; Docket No. 23]; and**

                                    **ORDER TO SHOW CAUSE RE: SANCTIONS**

       Defendants' Motion to Dismiss ("Motion"), filed on June 17, 2025 (Docket No. 23), is **DENIED** for failure to comply with paragraph 5(b) of the Court's Standing Order, which requires that "[a]ll 7-3 conference shall be conducted **in person** by lead counsel.  If lead counsel are not both located within the Central District of California, the conference may take place via video (letters and e-mail do no constitute a proper 7-3 conference)."  Defendants also failed to comply with the provision of paragraph 5(b) which requires that a Joint Statement to be filed "[n]ot more than two calendar days after the 7-3 conference for any contemplated motion (and at least five calendar days prior to filing the contemplated motion)."  In addition, paragraph 5(f) of the Standing Order provides in relevant part: "Not more than two days after the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record."  In this case, both Defendants and Plaintiff failed to file the required Proposed Statement of Decision.  Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  The Standing Order also expressly provides that the "[f]ailure to lodge the Proposed Statement will result in the denial or granting of the motion."  Standing Order, § 5(f).

       In the Joint Statement Re: Local Rule 7-3 Conference of Counsel ("Joint Statement"), filed June 17, 2025 (Docket No. 22), defense counsel stated that she "inadvertently failed to file the Joint Statement within two days after the June 10, 2015 [*sic*], conference in accordance with the Court's Standing Order, and failed to meet and confer via videoconference.  Counsel sincerely apologizes to the Court for this oversight, and will review the Court' [*sic*] Standing Order carefully to

ensure that future mistakes are avoided."  However, despite stating that she would review the Court's Standing Order in order to avoid future mistakes, defense counsel failed to filed a Proposed Statement of Decision in violation of paragraph 5(f) of the Court's Standing Order.  Accordingly, defense counsel is ordered to show cause, in writing, by **July 24, 2025**, why counsel should not be sanctioned in the amount of $1,500.00 for repeated violations of the Court's Standing Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

      IT IS SO ORDERED.