# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 25-3071-JFW(PDx)** | Date: July 22, 2025 |

Title:   Ana Laura Chaves De Faria Moreira -v- Alejandro N. Mayorkas, et al.

---

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　　None　　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE: SANCTIONS**

On June 17, 2025, Defendants filed a Motion to Dismiss ("Motion"), which was set for hearing on July 21, 2025. The Court's Standing Order, filed April 11, 2025 (Docket No. 17), provides in relevant part:

> Not more than two days after the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record. . . . Failure to lodge the Proposed Statement of Decision will result in the denial or granting of the motion.

Standing Order § 5(f). The deadline for filing the Reply was fourteen days before the date designated for the hearing of the Motion, or July 7, 2025. However, Plaintiff failed to file the required Proposed Statement of Decision on or before July 9, 2025.

Accordingly, lead counsel for Plaintiff is ordered to show cause, in writing, by **July 24, 2025** why he should not be sanctioned in the amount of $1,500 for Plaintiff's failure to comply with the Court's Standing Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr