**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE
10/24/25

*John F. Walter*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANA LAURA CHAVES DE FARIA MOREIRA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Defendants. | Case No.: 2:25-cv-03071-JFW-PD<br><br>**[PROPOSED] ORDER** |

    Having considered the parties' joint Stipulation for Parties to be Excused From Completing Mandatory ADR Procedures and Vacatur of ADR Referral, and for good cause shown, the Court hereby GRANTS the parties' request.

    The Court hereby ORDERS that this case is exempt from ADR requirements under L.R. 16-15.

    The Court further ORDERS that the Court's July 23, 2025, ORDER/Referral to ADR of, is hereby VACATED.

DATED: _____, 2025

                                                                    DENIED

                                                        _____
                                                        HONORABLE JOHN F. WALTER
                                                       UNITED STATES DISTRICT JUDGE